UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NORTH AMERICAN SPECIALTY
INSURANCE COMPANY,

      Plaintiff,

                                              Case No. 1:06-cv-836
v.                                              Hon. Hugh W. Brenneman, Jr.

GOLDSTEIN ENTERPRISES, LLC,
et al.,

      Defendants.
_____/

### ORDER

In accordance with the Opinion entered this date;

North American's motion for summary judgment against defendants Swendsen and Smith (docket no. 28) is **GRANTED** as to Count I in the amount of $781,553.97 and **DENIED** as to Count III.

IT IS SO ORDERED.

Dated: March 25, 2008                            /s/ Hugh W. Brenneman, Jr.
                                                        HUGH W. BRENNEMAN, JR.
                                                        United States Magistrate Judge