UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NORTH AMERICAN SPECIALTY
INSURANCE COMPANY,

    Plaintiff,

                                                                                                         Case No. 1:06-cv-836

v.                                                                                   Hon. Hugh W. Brenneman, Jr.

GOLDSTEIN ENTERPRISES, LLC,
et al.,

    Defendants.

                                                             /

## ORDER

This matter is now before the court on the "stipulated motion" for Attorney Samouris' withdrawal" (docket no. 32).  In this motion, defendants William B. Swendsen and Dwayne Smith, and their attorney Peter C. Samouris, agree that Samouris "shall no longer be the attorney-of-record for either Defendant William B. Swendsen or Defendant Dwayne Smith."  Swendsen, Smith and Samouris ask the court to approve their stipulated motion and to stay the suit "at least 90 days so that Defendants Smith and Swendsen may retain other counsel."  Plaintiff does not oppose Attorney Samouris's withdrawal as defendants' attorney of record, but objects to defendants' request to stay the proceedings.  Upon due consideration, the motion is **GRANTED** with respect to Attorney Samouris' withdrawal and **DENIED** with respect to defendants' request to stay the proceedings for the purpose of obtaining new counsel.

        **IT IS SO ORDERED.**

Dated:  March 26, 2008                                     /s/ Hugh W. Brenneman, Jr.
                                                                      HUGH W. BRENNEMAN, JR.
                                                                      United States Magistrate Judge