UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NORTH AMERICAN SPECIALTY
INSURANCE COMPANY,

    Plaintiff,

v.

    Case No. 1:06-cv-836
    Hon. Hugh W. Brenneman, Jr.

GOLDSTEIN ENTERPRISES, LLC,
et al.,

    Defendants.
_____/

## ORDER

This action is stayed pursuant to the automatic stay provisions of 11 U.S.C. § 362. This case shall be administratively closed until such time as plaintiff obtains an order from the bankruptcy court to lift the stay or takes other appropriate steps to dismiss the bankruptcy debtors from this action.

**IT IS SO ORDERED.**

Dated:  March 26, 2008

/s/ Hugh W. Brenneman, Jr.
HUGH W. BRENNEMAN, JR.
United States Magistrate Judge